IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO.: 24-31933 |
| **BUFFALO BAYOU BREWING** § | |
| **COMPANY, INC** § | **(CHAPTER 7)** |
| Debtor. § | |

## NOTICE OF INTENTION TO ABANDON

*THIS NOTICE SEEKS ACTION THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE NOTICE, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN FOURTEEN (14) DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE RELIEF SOUGHT, SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE NOTICE AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE NOTICE AT THE HEARING.*

*REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.*

In accordance with Bankruptcy Rule 6007 and pursuant to 11 U.S.C. § 554, notice is hereby given that Janet S. Northrup, Trustee of the above referenced bankruptcy estate, intends to and will abandon the following property of the Estate:

Personal property located at the Debtor's leased location at 5301 Nolda Street, Houston, Texas 77007 ("**Personal Property**").

On information and belief, the Personal Property is burdened by taxes of not less than $19,680.36 as evidenced by the Proof of Claim No. 1, as amended, filed by Harris County et al.

The Trustee believes that the abandonment is warranted because the costs of administering the Personal Property and the taxes owed on the Personal Property outweigh any recoverable value for unsecured creditors.  Administering the Personal Property will not result in a meaningful distribution to creditors.  Abandonment of the Personal Property is appropriate

3107859

pursuant to 11 U.S.C. § 554(a) because the property is burdensome to the estate, is of inconsequential value and of no benefit to the estate, and therefore should be abandoned.

DATED: July 2, 2024.

Respectfully submitted,

*/s/ Heather Heath McIntyre*
Wayne Kitchens        TBN 11541110
wkitchens@hwa.com
Heather McIntyre      TBN 24041076
hmcintyre@hwa.com
HUGHESWATTERSASKANASE, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 759-0818
Facsimile: (713) 759-6834
**ATTORNEYS FOR CHAPTER 7 TRUSTEE, JANET S. NORTHRUP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on parties receiving ECF notice via ECF in the above-referenced case and on the parties listed on the attached Master Service List as indicated on July 2, 2024.

*/s/ Heather Heath McIntyre*
Heather Heath McIntyre

3107859