IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31933 |
| BUFFALO BAYOU BREWING | § | |
| COMPANY, INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

## NOTICE OF RESET 341 MEETING OF CREDITORS

Please be advised that the 341 meeting of creditors has been **RESET to Thursday, September 5, 2024, at 12:00 p.m. via Zoom**- Chapter 7- Northrup: Meeting ID 543 561 2287, Passcode 1314938461 or call Phone 1-346-489-6630.  For additional meeting information go to: www.justice.gov/ust/moc

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th of August 2024, all the interested parties on the attached service list were served this Notice of Telephonic & Video Status Conference Hearing, via U.S. First Class mail, electronic mail, and/or notice via CM/ECF.

Respectfully submitted,

TRAN SINGH LLP

By:  /s/ Susan Tran Adams
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
Mayur Patel | TBA: 24043863
2502 La Branch St
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com