**Fill in this information to identify the case:**

Debtor Name **Buffalo Bayou Brewing Company, Inc**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **24-31933**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Independent Financial** | **Checking account** | **4  8  8  4** | **$137.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1** 
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$137.00** |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 **Settegast Partnership** | **unknown** |

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

| 7.2 | **Silver Silos LLC** | **unknown** |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____

8.2 _____

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | _____ - _____ = ....➡ | _____ |
|---|---|---|
| | face amount — doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **unknown** - **$6,136.63** = ....➡ | **$40,566.63** |
| | face amount — doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$40,566.63**

---

**Part 4:**   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____

14.2 _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

Debtor **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)* 24-31933

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    |_____|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| **See Attached List** | **01/19/2024** MM / DD / YYYY | **$600,956.00** | | **$792,343.80** |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                    |____**$792,343.80**____|

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)* 24-31933

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor  **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)* 24-31933

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 **Paintings & Artwork (Located at Brewery)** | **unknown** | | **unknown** |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor   **Buffalo Bayou Brewing Company, Inc**
_____
Name

Case number *(if known)* **24-31933**
_____

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49.   **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____   _____   _____   _____

51.   **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

[_____]

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real property**

54.   **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

[_____]

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

Debtor   **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)* 24-31933

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Brewing Grain Bill/ Recipes** | **unknown** | | **unknown** |
| 61. **Internet domain names and websites** | | | |
| **http://buffbrew.com/** | **unknown** | | **$0.00** |
| **Instagram: BuffBrew** | **unknown** | | **$0.00** |
| **Facebook: Buffalo Bayou Brewing Company** | **unknown** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    **Buffalo Bayou Brewing Company, Inc**

Name                                                                    Case number *(if known)* **24-31933**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡    _____
                           Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Silver Silo, LLC (along with owners Steve Gibson and Jon Deal and their personal businesses Western General Holding Company and The Deal Company)**    unknown

Nature of claim    **Breach of Agreement**

Amount requested    unknown

**Houston Distributing Company**    unknown

Nature of claim    **Breach of Agreement**

Amount requested    unknown

**Faust Distributing Company**    unknown

Nature of claim    **Breach of Agreement**

Amount requested    unknown

**Frost Bank**    unknown

Nature of claim    **Breach of Agreement**

Amount requested    unknown

**Whitmeyer Distillery**    unknown

Nature of claim    **Breach of Agreement**

Amount requested    unknown

---

Debtor   **Buffalo Bayou Brewing Company, Inc**

Name

Case number *(if known)* **24-31933**

---

**Grass Burr Holdings Group, LLC**                                                                    **unknown**

**Nature of claim**        **Breach of Agreement**

**Amount requested**            **unknown**

**Christopher Whitmeyer**                                                                         **unknown**

**Nature of claim**        **Breach of Agreement**

**Amount requested**            **unknown**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Buffalo Bayou Brewing Company, Inc**
_____
          Name

Case number *(if known)* 24-31933 _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $137.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | unknown | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,566.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $792,343.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................... ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $833,047.43 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................... | | $833,047.43 |

Fill in this information to identify the case:

Debtor name  **Buffalo Bayou Brewing Company, Inc**

United States Bankruptcy Court for the: _____**Southern**_____  District of _____**Texas**_____
(State)

Case number (if known): ____**24-31933**____

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**Frost Bank**

**Creditor's mailing address**

**P.O. Box 34746**

**San Antonio, TX 78265**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$1,000,000.00** — **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,020,254.03**

Debtor **Buffalo Bayou Brewing Company, Inc**

Name

Case number (if known) **24-31933**

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Harris County**

**Creditor's mailing address**

**Ann Harris Bennett**

**Po Box 3547**

**Houston, TX 77253-3547**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Attached List

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$20,254.03**

**$792,343.80**

Debtor   **Buffalo Bayou Brewing Company, Inc**
_____
        Name

Case number (if known)   **24-31933**   _____

---

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **New Mill Capital Holdings LLC** <br> **50 Louis Street NW** <br> **Grand Rapids, MI 49503** | Line 2. **1** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name     **Buffalo Bayou Brewing Company, Inc**

United States Bankruptcy Court for the:

    **Southern District of Texas**

Case number (if known):     **24-31933**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | 24-31933 |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

  47 Hops

  P.O. Box 10747

  Yakima, WA 98909

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$646.80**

---

**3.2** Nonpriority creditor's name and mailing address

  AAMG Investments

  4299 San Felipe St. Suite 140

  Houston, TX 77027

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,410,947.00**

---

**3.3** Nonpriority creditor's name and mailing address

  ABC Home and Commercial Services

  11934 Barker Cypress Rd

  Cypress, TX 77433

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$751.26**

---

**3.4** Nonpriority creditor's name and mailing address

  Adam Gierisch

  1900 Justin Ln

  Austin, TX 78757

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,250.00**

Debtor   **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)*   **24-31933**

---

| Part 2: | Additional Page |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,700.00 |
|---|---|---|---|

**Adam Reichstein**

5007 S. Braeswood BLVD

Houston, TX 77096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92,229.00 |

**Alan Christensen**

6540 Vanderbilt Street

Houston, TX 77005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $282,905.00 |

**Alexander Griggs**

14511 Running Arabian Ln

Houston, TX 77044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,041.22 |

**Alsco**

8020 Blankenship Dr

Houston, TX 77055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|--------|----------------------------------------|--------------------------|--------------|
|        | Name |  |  |

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,688.22
*Check all that apply.*

**American Canning, LLC**

**8219 Burleson Rd Ste 300**

**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.00
*Check all that apply.*

**American Elevator Inspections**

**Po Box 2709**

**Baytown, TX 77522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**American Express**

**PO Box 650448**

**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00
*Check all that apply.*

**American Heli Arc**

**5009 Pinemont Dr**

**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

---

**3.13**

Nonpriority creditor's name and mailing address

**Amur Equipment Finance**

**304 W 3rd St.**

**Grand Island, NE 68801**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,724.13

---

**3.14**

Nonpriority creditor's name and mailing address

**Andrew Bean**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,700.00

---

**3.15**

Nonpriority creditor's name and mailing address

**Andrew Sarofim**

**P.O. Box 52830**

**Houston, TX 77052-2380**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$164,762.00

---

**3.16**

Nonpriority creditor's name and mailing address

**Andrew Sarofim**

**P.O. Box 52830**

**Houston, TX 77052-2380**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$184,489.00

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Ann Harris**

**Po Box 4622**

**Houston, TX 77210-4622**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$203,163.86**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Arrive Logistics**

**7701 Metropolis Dr Bldg 14 & 15**

**Austin, TX 78744**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,925.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Arthur J. Gallagher Risk Management Services, Inc.**

**39683 Treasury Center**

**Chicago, IL 60694-9700**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Autumn Mechanical**

**18812 Tomato**

**Spring, TX 77379**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$1,639.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Buffalo Bayou Brewing Company, Inc**
                Name                                                              Case number *(if known)*      **24-31933**

---

**Part 2:**  Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Backd**

☐ Contingent
**1949 S I-35 Frontage Rd**              ☐ Unliquidated
**Austin, TX 78741**                     ☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number __ __ __ __      Is the claim subject to offset?
                                                 ☑ No
                                                 ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2,387.50
*Check all that apply.*

**Bayou Resources**

☐ Contingent
**7431 Wright Road**                     ☐ Unliquidated
**Houston, TX 77041**                    ☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number __ __ __ __      Is the claim subject to offset?
                                                 ☑ No
                                                 ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,351.28
*Check all that apply.*

**Blue Label Digital Labeling**

☐ Contingent
**3750 Lancaster - New Lexington Rd Se**    ☐ Unliquidated
**Lancaster, OH 43130**                  ☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number __ __ __ __      Is the claim subject to offset?
                                                 ☑ No
                                                 ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $3,416.00
*Check all that apply.*

**Blue Rhino**

☐ Contingent
**P.O. Box 771891**                      ☐ Unliquidated
**Chicago, IL 60677-1891**               ☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number __ __ __ __      Is the claim subject to offset?
                                                 ☑ No
                                                 ☐ Yes

---

Debtor    **Buffalo Bayou Brewing Company, Inc**                                    Case number *(if known)*    **24-31933**
          Name

---

### Part 2:    Additional Page

| | |
|---|---|
| **3.25** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     <div align=right>unknown</div> |
| **BlueVine/ Celtic Corporation** | *Check all that apply.* |
| | ☐ Contingent |
| **268 South State Street** | ☐ Unliquidated |
| **Salt Lake City, UT 84111** | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.26** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     <div align=right>$217,138.00</div> |
| **BR3 Interests, LP** | *Check all that apply.* |
| | ☐ Contingent |
| **3620 Georgetown St** | ☐ Unliquidated |
| **Houston, TX 77005** | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.27** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     <div align=right>$164,578.76</div> |
| **Brewers Supply Group** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 74769** | ☐ Unliquidated |
| **Chicago, IL 60694-4769** | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.28** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     <div align=right>$10,109.97</div> |
| **Brewery Direct** | *Check all that apply.* |
| | ☐ Contingent |
| **10731 IH-35 N** | ☐ Unliquidated |
| **San Antonio, TX 78233** | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Additional Page

**3.29** Nonpriority creditor's name and mailing address

**Bruce Reichstein**

**2315 Elmen Street**

**Houston, TX 77019**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$29,600.00**

---

**3.30** Nonpriority creditor's name and mailing address

**C & K Mechanical**

**3914 Marlin Lane**

**La Porte, TX 77571**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$633.26**

---

**3.31** Nonpriority creditor's name and mailing address

**Cadence Advisory, LLC**

**4111 Newton Ave #15**

**Dallas, TX 75219**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$40,700.00**

---

**3.32** Nonpriority creditor's name and mailing address

**Capital Assist**

**750 Main Street Suite 906**

**Hartford, CT 06103**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.33** Nonpriority creditor's name and mailing address

**Carter & Hatcher Consulting, LLC**

**516 W. 9Th Street**

**Houston, TX 77007**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $6,336.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Catherine Forrest**

**18 Kittredge RD**

**Framingham, MA 1702**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $82,393.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**CEF Leasing/Pathforward**

**5480 Corporate Dr.**

**Troy, MI 48098**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Centerpoint Energy**

**P.O. Box 2883**

**Houston, TX 77252-2883**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $2,541.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

**Century Fire Protection Houston Inc.**

**PO Box 419**

**Pinehurst, TX 77362**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,574.00

---

**3.38** Nonpriority creditor's name and mailing address

**Charles Corrigan**

**5334 Lawn Arbor Dr**

**Houston, TX 77066**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,700.00

---

**3.39** Nonpriority creditor's name and mailing address

**Charlie's Plumbing, Inc**

**10114 Thermon St**

**Houston, TX 77075**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,253.57

---

**3.40** Nonpriority creditor's name and mailing address

**ChemAqua**

**PO Box 971269**

**Dallas, TX 75397**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$649.50

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.41** Nonpriority creditor's name and mailing address

**Christopher Dodd**

**5702 Hewitt Dr**

**Houston, TX 77092**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$66,600.00**

---

**3.42** Nonpriority creditor's name and mailing address

**Christopher Walls**

**4111 Newton Ave #15**

**Dallas, TX 75219**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$42,550.00**

---

**3.43** Nonpriority creditor's name and mailing address

**CIT Group**

**155 Commerce Way**

**Portsmouth, NH 03801**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.44** Nonpriority creditor's name and mailing address

**City of Houston**

**Po Box 2688**

**Houston, TX 77252-2688**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$440.49**

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

**Part 2:**  Additional Page

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,703.25
| **City Wide Maintenance of Houston** | *Check all that apply.*
| | ☐ Contingent
| **2525 North Loop** | ☐ Unliquidated
| **Houston, TX 77008** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,200.00
| **Clevan Mendonca** | *Check all that apply.*
| | ☐ Contingent
| **614 Avondale St** | ☐ Unliquidated
| **Houston, TX 77006** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00
| **Cokinos** | *Check all that apply.*
| | ☐ Contingent
| **1221 Lamar Street 16th Fl.** | ☐ Unliquidated
| **Houston, TX 77010** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,400.00
| **Colin Bumby** | *Check all that apply.*
| | ☐ Contingent
| **55 West End Ave** | ☐ Unliquidated
| **Apt 5F, NY 10023** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $842.87
| **Comcast** | *Check all that apply.*
| | ☐ Contingent
| **P.O Box 70219** | ☐ Unliquidated
| **Philadelphia, PA 19176-0219** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,878.20
| **Compeat** | *Check all that apply.*
| | ☐ Contingent
| **Dept 0397** | ☐ Unliquidated
| **Dallas, TX 75312** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00
| **Costco** | *Check all that apply.*
| | ☐ Contingent
| **P.O. Box 34331** | ☐ Unliquidated
| **Seattle, WA 98124** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,828.69
| **Cougar Sales** | *Check all that apply.*
| | ☐ Contingent
| **14824 Tomball Parkway** | ☐ Unliquidated
| **Houston, TX 77086** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Coyote Logistics, LLC**

**P.O. Box 742636**

**Atlanta, GA 30374-2636**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,320.00

---

**3.54** Nonpriority creditor's name and mailing address

**Culligan**

**3201 Premier Drive**

**Irving, TX 75063**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,495.14

---

**3.55** Nonpriority creditor's name and mailing address

**Daniel Berman**

**430 W 21st ST No. B**

**Houston, TX 77008**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$29,600.00

---

**3.56** Nonpriority creditor's name and mailing address

**Daniel McLucas 1**

**68 Grafton St**

**Arlington, MA 2474**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$24,589.00

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,356.00 |
|---|---|---|---|

**Daniel McLucas 2**

**68 Grafton St**

**Arlington, MA 2474**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,985.00 |
|---|---|---|---|

**Daniel Rojo**

**1445 Chamboard**

**Houston, TX 77018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,500.00 |
|---|---|---|---|

**Daniel Wang**

**15702 Quiet Bay CT**

**Houston, TX 77095**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,500.00 |
|---|---|---|---|

**Danielle Cheek**

**2211 Sandman St.**

**Houston, TX 77007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,213.68
| **Datavox** | *Check all that apply.*
| | ☐ Contingent
| **6650 W. Sam Houston Pkwy South** | ☐ Unliquidated
| **Houston, TX 77072** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,250.00
| **David Morales** | *Check all that apply.*
| | ☐ Contingent
| **4400 Lindell Apt 9N** | ☐ Unliquidated
| **St. Louis, MO 63118** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **DBT Holdings** | *Check all that apply.*
| | ☐ Contingent
| **3630 Tryclan Drive** | ☐ Unliquidated
| **Charlotte, NC 28217** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.13
| **Dealco Maintenance Group, LLC** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 1524** | ☐ Unliquidated
| **Houston, TX 77251** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.65** Nonpriority creditor's name and mailing address

**Deutsche**

**3630 Tryclan Drive**

**Charlotte, NC 28217**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$410,075.83

---

**3.66** Nonpriority creditor's name and mailing address

**Direct Energy**

**12 Greenway Plaza Suite 250**

**Houston, TX 77046**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$20,865.50

---

**3.67** Nonpriority creditor's name and mailing address

**Drumm Law, LLC**

**12650 W. 64th Avenue Unit E #519**

**Arvada, CO 80004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$100.00

---

**3.68** Nonpriority creditor's name and mailing address

**Elliot Pickering**

**Toll Booth Apartments, Upham Park Road Flat 6
London England Flat 6**

**London, England,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$96,200.00

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

<span style="background:black;color:white">**Part 2:**</span> Additional Page

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.39 |
|---|---|---|---|

**Engie Resources**

P.O. Box 9001025

Louisville, KY 40290-1025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,846.43 |
|---|---|---|---|

**Euro Mid Inc**

P.O Box 550259

Houston, TX 77255-0259

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96,020.26 |
|---|---|---|---|

**Fed TTB**

PO Box 790353

St Louis, MO 63179-0353

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.99 |
|---|---|---|---|

**Ferrellgas**

One Liberty Plaza

Liberty, MO 64068

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.00 |
|---|---|---|---|

**Filecamp AG**

**Zugerstrasse 6, Cham AG**

**Switzerland, 6330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,609.42 |
|---|---|---|---|

**First Key Consulting Inc.**

**1021 West Hastings St 9th Floor Vancouver British Columbia 9th Floor**

**Vancouver British Columbia,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,014.05 |
|---|---|---|---|

**Function 4 LLC**

**12560 Reed Road Suite 200**

**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Garfield Internet Group**

**15611 Logan St**

**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Buffalo Bayou Brewing Company, Inc**                    Case number *(if known)*    **24-31933**
　　　　Name

---

**Part 2:**  Additional Page

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,132.58
| **Gather Technologies** | *Check all that apply.*
| | ☐ Contingent
| **300 Baker Avenue Suite 160** | ☐ Unliquidated
| **Concord, MA 1742** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,400.00
| **Geoff Marcek** | *Check all that apply.*
| | ☐ Contingent
| **1112 Welch** | ☐ Unliquidated
| **Houston, TX 77006** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,550.00
| **Gerald Ullman** | *Check all that apply.*
| | ☐ Contingent
| **3922 Austin's Estate Dr** | ☐ Unliquidated
| **Bryan, TX 77808** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139,000.00
| **Gray Reed & McGraw** | *Check all that apply.*
| | ☐ Contingent
| **1300 Post Oak Blvd. Suite 2000** | ☐ Unliquidated
| **Houston, TX 77056** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.81** Nonpriority creditor's name and mailing address

**Gregory Nikkel**

**106 Plantation Road**

**Houston, TX 77024**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:     $107,863.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address

**GS1 US**

**P.O. Box 78000**

**Detroit, MI 48278-1271**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:     $165.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

**Gulf Coast Boiler, LLC**

**14149 Interdrive West**

**Houston, TX 77032**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:     $18,411.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

**Hard Swig**

**2120 Centimeter Circle**

**Austin, TX 78758**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:     $3,297.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.04 |
|---|---|---|---|

**H-E-B**

646 S Flores St

San Antonio, TX 78204-1219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.00 |
|---|---|---|---|

**Holler Brewing Co.**

2206 Edwards St Suite A

Houston, TX 77007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,136.10 |
|---|---|---|---|

**Houston Avocado Co. Inc**

2224 Airline Dr.

Houston, TX 77099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,033.28 |
|---|---|---|---|

**Houston Health Department**

Po Box 300008

Houston, TX 77230-0008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,700.00 |
|---|---|---|---|

**Houston Pump and Gear**

**11718 N Garden St**

**Houston, TX 77071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,903.77 |
|---|---|---|---|

**Houston Water Department**

**Po Box 1560**

**Houston, TX 77251-1560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |
|---|---|---|---|

**HR Ally Inc**

**1923 Washington Ave. Suite 2287**

**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,903.40 |
|---|---|---|---|

**HRIBAR Logistics LLC**

**7213 Hwy 41**

**Caledonia, WI 53108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.93** Nonpriority creditor's name and mailing address

**Hydrite Chemical Co**

**17385 Golf Parkway**

**Brookfield, WI 53045**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,325.71

---

**3.94** Nonpriority creditor's name and mailing address

**Hygiena**

**941 Avenida Acaso**

**Camarillo, CA 93012**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,158.45

---

**3.95** Nonpriority creditor's name and mailing address

**Ian Wells**

**614 Avondale St**

**Houston, TX 77006**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$37,000.00

---

**3.96** Nonpriority creditor's name and mailing address

**Industrial Boiler and Heater, LLC**

**21614 Fm 2100 Rd**

**Crosby, TX 77532**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,275.00

---

Debtor **Buffalo Bayou Brewing Company, Inc**                    Case number *(if known)*    **24-31933**
Name

---

**Part 2:** Additional Page

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**3.97**

**Nonpriority creditor's name and mailing address**
**ISI**

**PO Box 654374**

**Dallas, TX 75265-4374**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Jackson Lau**

**2214 Ashford Hollow Ln.**

**Houston, TX 77077**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$84,839.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Jackson Lau**

**2214 Ashford Hollow Ln.**

**Houston, TX 77077**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,650.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Jeffrey Scott**

**205 W Jefferson Blvd South Bend Unit 400**

**South Bend, IN 46601**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$133,200.00**

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.101**  **Nonpriority creditor's name and mailing address**

**Jennifer Michaels**

**43 Hollywood Rd**

**Boston, MA 2132**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,700.00

---

**3.102**  **Nonpriority creditor's name and mailing address**

**Jerald Reichstein**

**5007 S. Braeswood BLVD**

**Houston, TX 77096**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$563,756.00

---

**3.103**  **Nonpriority creditor's name and mailing address**

**John Brawley**

**1706 Guilford Lane**

**Nichols Hills, OK 73120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,200.00

---

**3.104**  **Nonpriority creditor's name and mailing address**

**John King**

**2207 Dryden Road**

**Houston, TX 77080**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,800.00

---

Debtor   **Buffalo Bayou Brewing Company, Inc**                          Case number *(if known)*        **24-31933**
　　　　　Name

---

**Part 2:** Additional Page

---

**3.105**  **Nonpriority creditor's name and mailing address**

**Johnson Controls**

**Po Box 730068**

**Dallas, TX 75373**

As of the petition filing date, the claim is:          $17,540.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106**  **Nonpriority creditor's name and mailing address**

**Jonathan Bannet**

**750 Columbus 3F**

**New York, NY 10025**

As of the petition filing date, the claim is:          $94,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107**  **Nonpriority creditor's name and mailing address**

**Jonathan Roumel**

**1331 Herkimer ST**

**Houston, TX 77008**

As of the petition filing date, the claim is:          $20,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**  **Nonpriority creditor's name and mailing address**

**Josh Gremillion Photography**

_____

_____

As of the petition filing date, the claim is:          $541.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)*    **24-31933**

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**3.109** **Nonpriority creditor's name and mailing address**

Keg Logistics

9110 E Nichols Ave Suite 105

Centennial, CO 80112

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

Ken Burke

6633 Vanderbilt

Houston, TX 77005

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $123,187.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

Ken Burke Sr.

11742 Riverview Dr.

Houston, TX 77077

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $92,276.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**

Kilgore Industries, L.P.

10050 Houston Oaks Dr

Austin, TX 77064

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $4,856.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Buffalo Bayou Brewing Company, Inc**                          Case number *(if known)*    **24-31933**
　　　　　Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.113**  **Nonpriority creditor's name and mailing address**

King Trivia

4620 N M88

Central Lake, MI 49622

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $190.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**  **Nonpriority creditor's name and mailing address**

Lauren Burke

6633 Vanderbilt

Houston, TX 77005

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $60,359.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**  **Nonpriority creditor's name and mailing address**

Legend of Sleepy Hollow, LLC

909 Fannin St #2907

Houston, TX 77010

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $164,762.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116**  **Nonpriority creditor's name and mailing address**

Legend of Sleepy Hollow, LLC

909 Fannin St #2907

Houston, TX 77010

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $461,238.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     **Buffalo Bayou Brewing Company, Inc**
           Name                                          Case number *(if known)*     **24-31933**

---

**Part 2:**   Additional Page

---

**3.117**   **Nonpriority creditor's name and mailing address**

**Lila Sharifian**

**1750 Sky Lark Lane Unit 1216**

**Houston, TX 77056**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$3,145.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118**   **Nonpriority creditor's name and mailing address**

**Loeffler / Zee Company**

**412 Georgia Avenue Suite 300**

**Chattanooga, TN 37403**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$5,877.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119**   **Nonpriority creditor's name and mailing address**

**Loftin Mechanical Services**

**Po Box 2165**

**Crosby, TX 77532**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$515.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120**   **Nonpriority creditor's name and mailing address**

**Logo Audio and Video Accys, LLC**

**PO Box 788**

**Richmond, TX 77406**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$919.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 31 of 61

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

---

**Part 2:**  Additional Page

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29,600.00**

**Lorenzo Subido**

**1745 Valley Bend Street**

**Chula Vista, CA 91913**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$46,169.00**

**Lynn & Barbara White**

**4304 Waterford Place**

**Austin, TX 78731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**M2 Equipment**

**175 N Patrick Blvd Suite 140**

**Brookfield, WI 53045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Macquarie**

**PO Box 714862**

**Cincinnati, OH 45271**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor   **Buffalo Bayou Brewing Company, Inc**                                 Case number *(if known)*   **24-31933**
          Name

---

**Part 2:**   Additional Page

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,332.90 |
| | **Malin Raymond** | *Check all that apply.* | |

**Malin Raymond**

**15870 Midway Rd**

**Addison, TX 75001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$6,332.90

---

3.126   **Nonpriority creditor's name and mailing address**

**Mark Durow**

**6017 Truro St**

**Houston, TX 77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$35,536.00

---

3.127   **Nonpriority creditor's name and mailing address**

**Mark Vreeke**

**11595 Harbridge Dr.**

**Granger, IN 46530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$37,000.00

---

3.128   **Nonpriority creditor's name and mailing address**

**Martin Michaels**

**43 Hollywood Rd**

**Boston, MA 2132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$3,700.00

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.129** **Nonpriority creditor's name and mailing address**

**Martin, Frost & Hill, P.C.**

**3345 Bee Cave Road Suite 105**

**Austin, TX 78746**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$1,015.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

**Mary Yiu CPA PLLC**

**14090 Southwest Fwy Suite 300**

**Sugar Land, TX 77478**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$12,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

**Mary Yiu CPA PLLC**

**14090 Southwest Fwy Suite 300**

**Sugar Land, TX 77478**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$12,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** **Nonpriority creditor's name and mailing address**

**Matthew Altenau**

**909 Fannin St Suite #2907**

**Houston, TX 77010**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$76,954.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.133** | **Nonpriority creditor's name and mailing address**

**Matthew Hale**

**637 Maryland Ave**

**Pittsburg, PA 15232**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$85,100.00

---

**3.134** | **Nonpriority creditor's name and mailing address**

**MEI Rigging**

**3838 Western Way Ne**

**Albany, OR 97321**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,157.93

---

**3.135** | **Nonpriority creditor's name and mailing address**

**Memorial Hermann**

**PO Box 301208**

**Dallas, TX 75303-1208**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$137.25

---

**3.136** | **Nonpriority creditor's name and mailing address**

**mg Productions**

**117 Coral Bay Drive**

**League City, TX 77573**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

Debtor   **Buffalo Bayou Brewing Company, Inc**                            Case number *(if known)*        **24-31933**
　　　　　Name

| Part 2: | Additional Page |
|---|---|

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,400.00
| **Michael Dreef** | *Check all that apply.* |

☐ Contingent
☐ Unliquidated
**915 Waverly Street**　　　　☐ Disputed
**Houston, TX 77008**

**Basis for the claim:** _____

Date or dates debt was incurred _____　**Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　☑ No
Last 4 digits of account number ___ ___ ___ ___　☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,978.00
| **Michael Vacas** | *Check all that apply.* |

☐ Contingent
☐ Unliquidated
**1711 McDonald St**　　　　☐ Disputed
**Houston, TX 77007**

**Basis for the claim:** _____

Date or dates debt was incurred _____　**Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　☑ No
Last 4 digits of account number ___ ___ ___ ___　☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,434.31
| **Miner Material Handling** | *Check all that apply.* |

☐ Contingent
☐ Unliquidated
**22203 Cypress Slough Dr**　　　　☐ Disputed
**Houston, TX 77073**

**Basis for the claim:** _____

Date or dates debt was incurred _____　**Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　☑ No
Last 4 digits of account number ___ ___ ___ ___　☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,550.65
| **Modern Tax Group, LLC** | *Check all that apply.* |

☐ Contingent
☐ Unliquidated
**12001 N. Central Expressway Suite 110**　　　　☐ Disputed
**Dallas, TX 75243-3728**

**Basis for the claim:** _____

Date or dates debt was incurred _____　**Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　☑ No
Last 4 digits of account number ___ ___ ___ ___　☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">

**Part 2:** Additional Page

</td></tr>
</table>

---

**3.141**   **Nonpriority creditor's name and mailing address**

**Natalie Reichstein**

**5007 S. Braeswood BLVD**

**Houston, TX 77096**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**     $3,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142**   **Nonpriority creditor's name and mailing address**

**New Lane**

**PO Box 7358**

**Philadelphia, PA 19101-7358**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143**   **Nonpriority creditor's name and mailing address**

**Next Seed**

**P.O. Box 540341**

**Houston, TX 77098**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144**   **Nonpriority creditor's name and mailing address**

**Nicholas Jacobsen**

**6506 Laurelwood Dr**

**Austin, TX 78731**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**     $22,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.145** Nonpriority creditor's name and mailing address

**Nicholas Zdeblick**

**2132 Rice Blvd**

**Houston, TX 77005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$105,664.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address

**North Water District Laboratory Services, Inc.**

**8725 Fawn Trail**

**Conroe, TX 77385**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,566.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address

**Nouveau Elevator**

**4755 37th Street**

**Long Island City, NY 11101**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$770.74**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address

**Octo Management**

**4299 San Felipe St. Suite 140**

**Houston, TX 77027**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$31,450.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Buffalo Bayou Brewing Company, Inc**

Name

Case number *(if known)*   **24-31933**

---

**Part 2:** Additional Page

| | |
|---|---|
| **3.149** | **Nonpriority creditor's name and mailing address** |

**On Time Electric Texas LLC**

**201 Adams St**

**Houston, TX 77011**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,052.73

---

**3.150** **Nonpriority creditor's name and mailing address**

**Open Table**

**29109 Network Place**

**Chicago, IL 60673-1291**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,620.70

---

**3.151** **Nonpriority creditor's name and mailing address**

**Oregon Fruit Products**

**Po Box 13490**

**Salem, OR 97309**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,788.40

---

**3.152** **Nonpriority creditor's name and mailing address**

**Oxford Properties Group**

**PO BOX 935852**

**Atlanta, GA 31193-5852**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,227.82

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.153** | **Nonpriority creditor's name and mailing address**

**Pablo Henning**

**3770 Farber St**

**Houston, TX 77005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,415.00

---

**3.154** | **Nonpriority creditor's name and mailing address**

**Pacific Premier Trust FBO Catherine Forrest**

**18 Kittredge RD**

**Framingham, MA 1702**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$92,500.00

---

**3.155** | **Nonpriority creditor's name and mailing address**

**Paktech**

**70 S Bertelsen Rd**

**Eugene, OR 97402-5371**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$403.71

---

**3.156** | **Nonpriority creditor's name and mailing address**

**Pannell Kerr Forster of Texas**

**5847 San Felipe Suite 2600**

**Houston, TX 77057**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,346.95

---

Debtor   **Buffalo Bayou Brewing Company, Inc**
        Name

Case number *(if known)*    **24-31933**

---

**Part 2:**   Additional Page

---

**3.157**   **Nonpriority creditor's name and mailing address**

**Pannell Kerr Forster of Texas**

**5847 San Felipe**

**Houston, TX 77057**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$11,346.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Unpaid Fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.158**   **Nonpriority creditor's name and mailing address**

**Patrick Wetherille**

**45 Province St Apt 708**

**Boston, MA 2108**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$48,100.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.159**   **Nonpriority creditor's name and mailing address**

**Paychex**

**911 Panorama Trail So,**

**Rochester, NY 14625**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$30.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.160**   **Nonpriority creditor's name and mailing address**

**Pimuro**

**835 Ivy Wall Dr**

**Houston, TX 77079**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$94,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)*   **24-31933**

---

**Part 2:** Additional Page

| **3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,175.20 |
|---|---|---|---|

**3.161** Nonpriority creditor's name and mailing address

**Pollock**

**1 Pollock Place**

**Prarie, TX 75050**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,175.20

---

**3.162** Nonpriority creditor's name and mailing address

**Precise Technical Services, Inc**

**18616 Klein Church Rd.**

**Spring, TX 77379**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,474.39

---

**3.163** Nonpriority creditor's name and mailing address

**PRMM Fire & Alarm, LLC**

**13727 FM 529**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,187.49

---

**3.164** Nonpriority creditor's name and mailing address

**Pro-Tech Restoration**

**Po Box 14408**

**Houston, TX 77221**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$703.63

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,426.90** |
|---|---|---|---|
| | **Proximity Malt** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **644 South 5th Street** | ☐ Unliquidated | |
| | **Milwaukee, WI 53204** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|
| | **Raistone** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **360 Madison Ave 22nd Floor** | ☐ Unliquidated | |
| | **New York, NY 10017** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$46,138.00** |
|---|---|---|---|
| | **Ralph McBride** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **807 Old Lake Road** | ☐ Unliquidated | |
| | **Houston, TX 77057** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$203,500.00** |
|---|---|---|---|
| | **Rassul Zarinfar** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **4641 Montrose Blvd Apt 849** | ☐ Unliquidated | |
| | **Houston, TX 77007** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.169** | **Nonpriority creditor's name and mailing address**
**Reed Macy**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$40,700.00

---

**3.170** | **Nonpriority creditor's name and mailing address**
**Reliant Metro**

**PO Box 670279**

**Pampa, TX 79066**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$614.95

---

**3.171** | **Nonpriority creditor's name and mailing address**
**Richards**

**2407 S Congress Ave Suite E #125**

**Austin, TX 78704**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$53,270.00

---

**3.172** | **Nonpriority creditor's name and mailing address**
**Road Runner Recycling Inc.**

**One Ppg Place Fl 33**

**Pittsburgh, PA 15222**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,833.00

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|--------|----------------------------------------|--------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

---

**3.173**

**Nonpriority creditor's name and mailing address**

**Ryan Robertson**

**1330 Shillington**

**Katy, TX 77450**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $37,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Ryan Stephen**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $5,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.175**

**Nonpriority creditor's name and mailing address**

**Ryan Zorn**

**2265 S Adams St**

**Denver, CO 80210**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $46,122.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Sales Tax - Texas Comptroller**

**P.O. Box 149348**

**Austin, TX 78714-9348**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $12,724.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Buffalo Bayou Brewing Company, Inc**
_____
Name

Case number *(if known)*   **24-31933**

---

**Part 2:**  Additional Page

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,898.00 |
|---|---|---|---|

**Saul Ewing**

**1200 Liberty Ridge Drive Suite 200**

**Wayne, PA 19087-5569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,823.85 |
|---|---|---|---|

**saxco int.**

**5260 Anna Ave,**

**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,211.77 |
|---|---|---|---|

**Scarborough Specialties**

**10501 Indiana Avenue**

**Lubbock, TX 79423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,582.60 |
|---|---|---|---|

**Schindler Elevator Corporation**

**PO Box 93050**

**Chicago, IL 60673-3035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)* **24-31933**

---

| Part 2: | Additional Page |
|---|---|

**3.181**

**Nonpriority creditor's name and mailing address**

**Sean O'Brien**

**2302 River Valley Dr**

**Missouri City, TX 77489**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$335,879.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Setpoint Integrated Solutions**

**11224 Wallisvillle Rd**

**Houston, TX 77013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$8,888.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Settagast**

**10517 Beinhorn Rd**

**Houston, TX 77024**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$67,985.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Shane Campbell**

**6 Swarthmore PL**

**Swarthmore, PA 19081**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$20,350.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Buffalo Bayou Brewing Company, Inc**                              Case number *(if known)*        **24-31933**
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.185**  **Nonpriority creditor's name and mailing address**

**Shogun**

**4221 Freidrich Ln**

**Austin, TX 78744**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186**  **Nonpriority creditor's name and mailing address**

**Silver Silo, LLC**

**Po Box 1849**

**Houston, TX 77251-1849**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $321,080.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187**  **Nonpriority creditor's name and mailing address**

**Slow Dough**

**9330 W Airport Blvd**

**Houston, TX 77031**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $738.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**

**Southern Illinois University**

**1785 University Pass Drive**

**Carbondale, IL 62901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $570.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,976.88
*Check all that apply.*

**Southern Product Finishing**

☐ Contingent
**Po Box 895**
☐ Unliquidated

**Pearland, TX 77588-0895**
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,051.15
*Check all that apply.*

**Southwaste**

☐ Contingent
**PO Box 53988**
☐ Unliquidated

**Lafayette, LA 70505-3988**
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,216.31
*Check all that apply.*

**Sovereign Flavors**

☐ Contingent
**4030 W Chandler Ave**
☐ Unliquidated

**Santa Ana, CA 92704**
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,100.00
*Check all that apply.*

**Springs Construction Inc**

☐ Contingent
**PO Box 88**
☐ Unliquidated

**Staples, TX 78670**
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

Debtor    **Buffalo Bayou Brewing Company, Inc**                                    Case number *(if known)*    **24-31933**
          Name

---

**Part 2:**   Additional Page

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,700.00 |
|---|---|---|---|

**Stephen White**

**9506 Sotherloch Lake Dr.**

**Spring, TX 77379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,300.00 |
|---|---|---|---|

**Steven Wilson**

**220 Water St #125**

**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 |
|---|---|---|---|

**Stone Law Firm - ATX**

**PO Box 90112**

**Austin, TX 78709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,821.00 |
|---|---|---|---|

**SUDS Syndicate**

**1750 Sky Lark Lane Unit 1216**

**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,804.28
| **Summit Fire & Security** | *Check all that apply.*

Po Box 6783

Carol Stream, IL 60197-6783

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,350.00
**Supply Chain Solutions (SEL)** | *Check all that apply.*

1200 West Freeway Suite 200

Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $143,487.78
**Synergi Partners Inc** | *Check all that apply.*

PO Box 5599

Florence, SC 29502

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,123.98
**Sysco** | *Check all that apply.*

10710 Greens Crossing Blvd

Houston, TX 77038

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Buffalo Bayou Brewing Company, Inc**
Name

Case number *(if known)*   **24-31933**

---

| Part 2: | Additional Page |
|---|---|

---

**3.201**

**Nonpriority creditor's name and mailing address**

**TABC**

**P.O. Box 13127**

**Austin, TX 78711-3127**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,880.25

---

**3.202**

**Nonpriority creditor's name and mailing address**

**Texas Department of License and Regulations**

**920 Colorado St**

**Austin, TX 78701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.00

---

**3.203**

**Nonpriority creditor's name and mailing address**

**Texas Industrial Air Service, LLC**

**13003 Murphy Road Suite L-2**

**Stafford, TX 77477**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,849.72

---

**3.204**

**Nonpriority creditor's name and mailing address**

**Texas Mutual Insurance**

**PO Box 841843**

**Dallas, TX 75284-1843**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,172.25

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.205** | **Nonpriority creditor's name and mailing address**
**Texas Premium Charcoal and Firewood**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$457.35

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**
**Texas Restaurant Association**

**512 East Riverside Dr Suite 250**

**Austin, TX 78704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$231.25

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**
**Texas Rotating Equipment**

**10344 Sam Houston Park Suite 110**

**Houston, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$9,373.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**
**The Allen CPA Firm, PLLC**

**1415 S. Voss Rd #110-417**

**Houston, TX 77057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$1,250.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Buffalo Bayou Brewing Company, Inc**                                  Case number *(if known)*        **24-31933**
         Name

---

**Part 2:**  Additional Page

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,796.13**
--- | --- | ---
| **The Coolerman, LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **17927 Elk River** | ☐ Unliquidated |
| **Houston, TX 77090** | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55,281.00**
--- | --- | ---
| **The Hartford** | *Check all that apply.* |
| | ☐ Contingent |
| **P.O. Box 660916** | ☐ Unliquidated |
| **Dallas, TX 75266-0916** | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,366.25**
--- | --- | ---
| **The Tent Co** | *Check all that apply.* |
| | ☐ Contingent |
| **2333 Wirtcrest Rd. Suite F** | ☐ Unliquidated |
| **Houston, TX 77055** | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,222.29**
--- | --- | ---
| **Tierra Group** | *Check all that apply.* |
| | ☐ Contingent |
| **5350 Pioneer Creek Drive Suite 1** | ☐ Unliquidated |
| **Maple Plain, MN 55359** | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

Debtor   **Buffalo Bayou Brewing Company, Inc**

Name

Case number *(if known)*   **24-31933**

---

**Part 2:**   Additional Page

---

**3.213**   **Nonpriority creditor's name and mailing address**

**Toast Inc.**

**401 Park Drive Suite 801**

**Boston, MA 2215**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$496.77**

---

**3.214**   **Nonpriority creditor's name and mailing address**

**Transworld Risk Management LLC**

**3354 Rogerdale Rd. #625**

**Houston, TX 77042**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$27,750.00**

---

**3.215**   **Nonpriority creditor's name and mailing address**

**TXU Energy**

**PO Box 650638**

**Dallas, TX 75265-0638**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,671.21**

---

**3.216**   **Nonpriority creditor's name and mailing address**

**U.S. Small Business Administration**

**P.O. Box 3918**

**Portland, OR 97208-3918**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.217** | **Nonpriority creditor's name and mailing address**
**United States Treasury**

**United States Treasury Ogden**

**Ogden, UT 84201-0030**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,317.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**
**US Bank**

**1310 Madrid St**

**Marshall, MN 56258**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address**
**US Tape and Label**

**2092 Westport Center Dr**

**Saint Louis, MO 63146**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $12,464.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address**
**VIP**

**402 Watertower Circle**

**Colchester, VT 5446**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $660.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.221** | **Nonpriority creditor's name and mailing address**
Vita Salsman

**As of the petition filing date, the claim is:** $22,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.222** | **Nonpriority creditor's name and mailing address**
Vortex Colorado Inc
1801 W. Olympic Blvd
Pasadena, CA 91199-5125

**As of the petition filing date, the claim is:** $847.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.223** | **Nonpriority creditor's name and mailing address**
Wages Owed to Employees

**As of the petition filing date, the claim is:** $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.224** | **Nonpriority creditor's name and mailing address**
Waste Management
800 Capitol Street
Houston, TX 77002

**As of the petition filing date, the claim is:** $1,270.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.225** | **Nonpriority creditor's name and mailing address**

**Wells Fargo**

**PO Box 77101**

**Minneapolis, MN 55480-7101**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.226** | **Nonpriority creditor's name and mailing address**

**West Rock CP, LLC**

**8440 Tewantin Dr**

**Houston, TX 77061**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$188,999.77**

---

**3.227** | **Nonpriority creditor's name and mailing address**

**What's on Tap**

**2000 West Loop South Suite 300**

**Houston, TX 77027**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,712.50**

---

**3.228** | **Nonpriority creditor's name and mailing address**

**Whitley LLP Attorneys at Law**

**24285 Katy Freeway**

**Katy, TX 77494**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$39,757.00**

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | | Case number *(if known)* | **24-31933** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Whitmeyers**

**16721 Hollister St Bldg. 5 Suite G.**

**Houston, TX 77066**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $200,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**

**William O'Brien III**

**2302 River Valley Dr**

**Missouri City, TX 77489**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $53,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**

**Workable**

**83 Morse Street Building 6**

**Norwood, MA 2062**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $948.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.232**

**Nonpriority creditor's name and mailing address**

**WPM Capital I Recap, LLC**

**2429 Bissonnet St #16**

**Houston, TX 77005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $1,991,203.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,059.37
| | *Check all that apply.*
**YCHHops** | ☐ Contingent
| ☐ Unliquidated
**306 Division Street** | ☐ Disputed
**Yakima, WA 98902** |
| **Basis for the claim:** _____
**Date or dates debt was incurred** | **Is the claim subject to offset?**
| ☑ No
**Last 4 digits of account number** ___ ___ ___ ___ | ☐ Yes

---

Debtor    **Buffalo Bayou Brewing Company, Inc**                                                    Case number *(if known)*        **24-31933**
_____
Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|------------------------|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$11,601,405.29** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$11,601,405.29** |

Fill in this information to identify the case:

Debtor name  **Buffalo Bayou Brewing Company, Inc**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known):  **24-31933**

☑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2024</u> to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $394,701.00 |
| **For the year before that:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $6,489,459.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2024</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

<div style="background:black; color:white">**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy</div>

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br><br>_____ | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor   **Buffalo Bayou Brewing Company, Inc**                                     Case number *(if known)*   **24-31933**
Name

5.1.  _____                **2012 Hino Truck,**                    **02/20/2024**      **$10,500.00**
      Creditor's name

      _____
      Street

      _____

      _____
      City              State    ZIP Code

5.2.  _____                **1/2 BBL kegs and 1/6 BBL kegs**      **03/14/2024**      **$201,820.00**
      Creditor's name

      _____
      Street

      _____

      _____
      City              State    ZIP Code

5.3.  _____                **In-Line Model Labeler 700VS with Side**   **03/12/2024**   **$39,600.00**
      Creditor's name                          **Rails**

      _____
      Street

      _____

      _____
      City              State    ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **American Express National Bank vs Rassul Zarinfar, Buffalo Bayou Brewing Company** <br><br> _____ | _____ | **Harris County Civil Court at Law No. 2** <br> Name <br> **201 Caroline 5th Floor** <br> Street <br><br> **Houston, TX 77002** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **1215069** | | | |

Debtor **Buffalo Bayou Brewing Company, Inc**      Case number *(if known)* **24-31933**
Name

| | | | |
|---|---|---|---|
| **7.2.** | **Case title**<br><u>Austin Business Finance,LLC, v. Buffalo Bayou Brewing Company and William McLucas</u> | **Nature of case** | **Court or agency's name and address**<br><u>Williamson County 425th Judicial District</u><br>Name<br><u>405 M.L.K Street</u><br>Street<br><br><u>Georgetown, TX 78626</u><br>City      State    ZIP Code |

**Status of case**
☑ Pending
☐ On appeal
☐ Concluded

**Case number**
<u>24-0013-C425</u>

| | | | |
|---|---|---|---|
| **7.3.** | **Case title**<br><u>Frost Bank vs. Buffalo Brewing Company, Buffbrew Taproom, LLC, and Rassul D. Zarinfar</u> | **Nature of case** | **Court or agency's name and address**<br><u>Harris County 215th District Court</u><br>Name<br><u>201 Caroline St</u><br>Street<br><br><u>Houston, TX 77002</u><br>City      State    ZIP Code |

**Status of case**
☑ Pending
☐ On appeal
☐ Concluded

**Case number**
<u>2024-00680</u>

| | | | |
|---|---|---|---|
| **7.4.** | **Case title**<br><u>Pimuro Capital Partners, LLC v. Buffalo Brewing Company, WPM Capital Partners, LLC, and William McLucas</u> | **Nature of case** | **Court or agency's name and address**<br><u>190th Judicial District Court of Harris County of Texas</u><br>Name<br><u>201 CAROLINE Floor 12</u><br>Street<br><br><u>Houston, TX 77002</u><br>City      State    ZIP Code |

**Status of case**
☑ Pending
☐ On appeal
☐ Concluded

**Case number**
<u>2022-60869</u>

| | | | |
|---|---|---|---|
| **7.5.** | **Case title**<br><u>Setpoint Integrated Solutions, Inc. vs Buffalo Bayou Brewing Company</u> | **Nature of case**<br><u>Judgement</u> | **Court or agency's name and address**<br><u>Harris County Civil Court at Law No. 2</u><br>Name<br><u>201 Caroline 5th Floor</u><br>Street<br><br><u>Houston, TX 77002</u><br>City      State    ZIP Code |

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

**Case number**
<u>1214086</u>

| | | | |
|---|---|---|---|
| **7.6.** | **Case title**<br><u>U.S. Bank National Association D/B/A U.S. Bank Equipment v Buffalo Bayou Brewing Company and Rassul Zarinfar</u> | **Nature of case** | **Court or agency's name and address**<br><u>Harris County District Court - 113th</u><br>Name<br><u>201 Caroline St #420</u><br>Street<br><br><u>Houston, TX 77002</u><br>City      State    ZIP Code |

**Status of case**
☑ Pending
☐ On appeal
☐ Concluded

**Case number**
<u>2023-31075</u>

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Christopher Whitemeyer vs. Buffalo Bayou Brewing Company** | _____ | **269th Judicial District Court of Harris County** <br> Name <br> **201 Caroline 13th Floor** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **2023-37036** | | **Houston, TX 77002** <br> City    State    ZIP Code | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Danielle Cheek et al. vs William McLucas, et al.** | _____ | **Court of Chancery, Leonard L. Williams Justice Center** <br> Name <br> **500 North King Street 12th Floor** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **2023-0903** | | **Wilmington, DE 19801** <br> City    State    ZIP Code | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Settegast Partnership vs. Rassul Zarinfar: Buffalo Bayou Brewing Company** | **Citation/ Eviction** | **Harris County - Justice Court Precinct 1, Place 1** <br> Name <br> **7300 North Shepherd Drive Room 138** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **241100056603** | | **Houston, TX 77091** <br> City    State    ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br> Street <br> City    State    ZIP Code | Case title <br> Case number <br> Date of order or assignment | Court name and address <br> Name <br> Street <br> City    State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

Debtor   **Buffalo Bayou Brewing Company, Inc**                                Case number *(if known)*        **24-31933**
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|------------------------------------------|-------------|-------|

Recipient's name

Street

City                          State      ZIP Code

Recipient's relationship to debtor

---

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). |  |  |

10.1.

---

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|------------------------------------------------|-------|-----------------------|
|  | **TRAN SINGH, LLP** | **Attorney's Fee** | **4/19/2024** | **$10,500.00** |
|  | Address | **Filing Fee** | **4/19/2024** | **$338.00** |
|  | **2502 La Branch St.** Street | **Due Diligence** | **4/19/2024** | **$100.00** |
|  | **Houston, TX 77004** City          State      ZIP Code |  |  |  |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **6**

Debtor     **Buffalo Bayou Brewing Company, Inc**                    Case number *(if known)*     **24-31933**
           Name

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From ———— To ———— |
| Street | |
| | |
| City          State     ZIP Code | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **7**

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City          State     ZIP Code | _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  **Buffalo Bayou Brewing Company, Inc**                                  Case number *(if known)*   **24-31933**
Name

| 18.1 | **Frost Bank** | XXXX– **2  2  6  6** | ☑ Checking | **06/28/2023** | **$0.00** |
|---|---|---|---|---|---|

Name

Street

City                State    ZIP Code

- ☑ Checking
- ☐ Savings
- ☐ Money market
- ☐ Brokerage
- ☐ Other

---

18.1 **Frost Bank**  Name — XXXX– **2 2 6 6** — ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other — **06/28/2023** — **$0.00**

18.2 **Frost Bank**  Name — XXXX– **2 2 7 4** — ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other — **11/15/2023** — **$0.00**

18.3 **Frost Bank**  Name — XXXX– **2 2 5 8** — ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other — **11/15/2023** — **$0.00**

18.4 **Independent Financial**  Name — XXXX– **4 3 0 6** — ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other — **02/20/2024** — **$0.00**

18.5 **Plains Capital Bank**  Name — XXXX– **9 1 4 3** — ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other — **06/2023** — **$0.00**

Street / City   State   ZIP Code fields appear under each Name.

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City      State    ZIP Code | | | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 9

Debtor **Buffalo Bayou Brewing Company, Inc**  Case number *(if known)* **24-31933**
Name

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Provide details below.

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **Buffalo Bayou Brewing Company, Inc**                                                        Case number *(if known)*   **24-31933**

Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City            State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN:  _ _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From ⎯⎯⎯  To ⎯⎯⎯ |
| | | |
| City            State    ZIP Code | | |

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** **Mary Yiu CPA PLLC** <br> Name <br><br> **14090 Southwest Fwy Suite 300** <br> Street <br><br><br> **Sugar Land, TX 77478** <br> City                    State                    ZIP Code | From **07/2023**    To **01/2024** |
| **26a.2.** **Pannell Kerr Forster of Texas** <br> Name <br><br> **5847 San Felipe Suite 2600** <br> Street <br><br><br> **Houston, TX 77057** <br> City                    State                    ZIP Code | From **12/2012**    To **07/2023** |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** <br> Name <br><br> Street <br><br><br> City                    State                    ZIP Code | From _____    To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** <br> Name <br><br> Street <br><br><br> City                    State                    ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Buffalo Bayou Brewing Company, Inc**
Name                                                                    Case number *(if known)*    24-31933

| Name and address |
| --- |

26d.1.

Name

Street

City                                        State                        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| **Byron Lewis** | **01/19/2024** | **$600,956.00** |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. **Steve Gibson**
Name

**2101 Summer Street**
Street

**Houston, TX 77007**
City                                        State                        ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| **Valentina Pita** | **01/19/2024** | **$600,956.00** |

| Name and address of the person who has possession of inventory records |
| --- |

27.2. **Jennie Smith**
Name

**5301 Nolda Street**
Street

**Houston, TX 77007**
City                                        State                        ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| **Brittany Fashoro** | **1/19/2024** | **$600,956.00** |

| Name and address of the person who has possession of inventory records |
| --- |

27.3.

Name

Street

City                                        State                        ZIP Code

| Debtor | **Buffalo Bayou Brewing Company, Inc** | Case number *(if known)* | **24-31933** |
|---|---|---|---|
| | Name | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William McLucas | | CEO, | 0.00% |
| BBBC Holdings, Inc | 2429 Bissonnet St #16 Houston, TX 77005 | , | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From |
| | | | To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **William McLucas** <br> Name <br><br> Street <br><br> City          State          ZIP Code | **$36,000.00 (Approx.)** | **09/2022-4/2024** | |

Relationship to debtor

**Executive**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jonathan Horowitz** <br> Name <br><br> Street <br><br> City          State          ZIP Code | **$140,000.00 (Approx.)** | **9/2022-4/2024** | |

Relationship to debtor

**Executive**

| Debtor | Buffalo Bayou Brewing Company, Inc | | Case number *(if known)* | 24-31933 |
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3. **Rassul Zarinfar**                                  **$128,000.00 (Approx.)**   **9/2022-4/2024**
Name

Street

City                              State          ZIP Code

| Relationship to debtor |
|---|

**Executive**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____**08/16/2024**____
                MM/  DD/  YYYY

X **/s/ William McLucas**                            Printed name          **William McLucas**
ID yW4NVX137BZ3dAcLZmyLKXoQ
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____**CEO**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **Buffalo Bayou Brewing Company, Inc**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): **24-31933**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* **Schedule A/B & E/F**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/16/2024**
MM/ DD/ YYYY

X ID yW4NVX137BZ3dAcLZmyLKXoQ
**/s/ William McLucas**
Signature of individual signing on behalf of debtor

**William McLucas**
Printed name

**CEO**
Position or relationship to debtor

# eSignature Details

**Signer ID:** **yW4NVX137BZ3dAcLZmyLKXoQ**
Signer by: William "Billy" McLucas
Sent to email: billy@wpmcapital.com
IP Address: 108.7.58.132
Signed at: Sep 3 2024, 1:08 pm CDT