UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
TEXAS
HOUSTON DIVISION

Case number  24-31933

In re:  BUFFALO BAYOU BREWING COMPANY, INC

Taxpayer number:  XXXXXXX8044

WITHDRAWAL OF
CLAIM # 15
SECURED AND OR PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM:  10/30/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,899.99
   MIXED BEVERAGE TAX CH. 183

3. DATE DEBT WAS INCURRED:  04/01/2024 to 04/29/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  11/12/2024                    /S/ CATHERINE LEDESMA COY
                                     CATHERINE LEDESMA COY
                                     Accounts Examiner
                                     Revenue Accounting Division
                                     Texas Comptroller of Public Accounts
                                     512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)