# WITNESS AND EXHIBIT LIST
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31933 |
| **Name of Debtor:** | Buffalo Bayou Brewing Company, Inc. |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | **Yes** | **No** |
|---|---|---|
| | | X |
| | **Date** | **CM/ECF No.** |
| | | |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | September 8, 2025 |
| **Hearing Time:** | 9:30 AM |
| **Party's Name:** | Janet S. Northrup, Chapter 7 Trustee |
| **Attorney's Name:** | Heather Heath McIntyre |
| **Attorney's Phone:** | (713) 590-4200 |

| **Nature of Proceeding(s):** | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 53 | Trustee's Motion to Compromise Controversy with Faust Distributing Company Pursuant to Federal Rule of Bankruptcy Procedure 9019 |
| | | |
| | | |
| | | |
| | | |
| | | |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | Janet S. Northrup, Chapter 7 Trustee |
| | Any witness called or designated by another party |
| **Expert Witnesses:** | Any witness called or designated by another party |

| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
|---|---|
| **Lay Witnesses:** | Any witness called or designated by another party |
| **Expert Witnesses:** | Any witness called or designated by another party |

3140966

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| | | OFFERED | OBJECTION | DISPOSITION |
| 1. | Trustee's Motion to Compromise Controversy with Faust Distributing Company, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 53] | | | |
| 2. | A/R Aging Detail as of February 2024 | | | |
| 3. | Any document, pleading, or exhibit filed in the above-referenced bankruptcy case | | | |
| 4. | Any and all exhibits listed or used by another other party | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| 1. | Any and all exhibits listed or used by another other party | | | |
| | | | | |

The Trustee reserves any and all rights to amend or supplement this *Witness and Exhibit List*, to call any witnesses designated by any other party, and use any other exhibit designated by any other party to the hearing.

Dated: September 2, 2025.

Respectfully submitted,

*/s/ Abdiel Lopez-Castro*
Heather H. McIntyre    TBN 24041076
hmcintyre@hwa.com
Abdiel Lopez-Castro    TBN 24140125
alopezcastro@hwa.com
Beatrice Grevel  TBN 00796677
bgrevel@hwa.com
HughesWattersAskanase, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 590-4200
Facsimile: (713) 590-4230
**ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

3140966

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on (i) all parties receiving ECF in the above-referenced case via ECF and (ii) parties listed below as indicated on September 2, 2025.

Faust Distributing Company
c/o Alexander Perez
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street, Suite 800
Houston, TX 77002
*VIA EMAIL:* arperez@munsch.com

Capital Assist, LLC
c/o Isaac H. Greenfield
Law Offices of Isaac H. Greenfield, PLLC
2 Executive Boulivard, Suite 305
Suffern, NY 10901
*VIA EMAIL:* info@greenfieldlawpllc.com

Amur Equipment Finance, Inc.
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
*VIA EMAIL:* sprfiling@cscglobal.com

C T Corporation System
c/o WK Lien Solutions
PO Box 29071
Glendale, CA 91209
*VIA EMAIL:*
uccfilingreturn@wolterskluwer.com

Diemension Funding, LLC
c/o Lien Solutions
PO Box 29071
Glendale, CA 91209
*VIA EMAIL:*
uccfilingreturn@wolterskluwer.com

First Corporate Solutions
914 S. Street
Sacramento, CA 95811
*VIA EMAIL:* sprs@ficoso.com

Frost Bank
c/o Lien Solutions
PO Box 29071
Glendale, CA 91209
*VIA EMAIL:*
uccfilingreturn@wolterskluwer.com

Raistone Purchasing LLC
c/o WK Lien Solutions
PO Box 29071
Glendale, CA 91209
*VIA EMAIL:*
uccfilingreturn@wolterskluwer.com

Secured Lender Solutions, LLC
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
*VIA EMAIL:* sprfiling@cscglobal.com

Wells Fargo Bank, N.A.
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
*VIA EMAIL:* sprfiling@cscglobal.com

Crestmark Vendor Finance
c/o Lien Solutions
PO Box 29071
Glendale, CA 91209
*VIA EMAIL:*
uccfilingreturn@wolterskluwer.com

Westrock CP, LLC
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
*VIA EMAIL:* sprfiling@cscglobal.com

3140966

Macquarie Equipment Capital Inc.
c/o Lien Solutions
PO Box 29071
Glendale, CA 91209
*VIA EMAIL:*
*uccfilingreturn@wolterskluwer.com*

                                                    */s/ Abdiel Lopez-Castro*
                                                    Abdiel Lopez-Castro

3140966